


# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

### Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**  
Senon Nails

**Docket Number**  
0971 4:11CR00327-001 CW

**Name of Sentencing Judge:** The Honorable Claudia Wilken  
Senior United States District Judge

**Date of Original Sentence:** April 4, 2012

**Original Offense**  
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** Sixty-five months custody, followed by three years supervised release  
**Special Conditions:** $100.00 special assessment; substance abuse treatment and testing; mental health treatment; residential treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; abstain from alcohol, no association with Kumi gang; not possess false ID; and provide access to financial information

**Prior Form(s) 12**: On May 18, 2017, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted alleging that Mr. Nails failed to complete the residential program at New Bridge Foundation. The Court modified the conditions of supervision to include one month at the Residential Reentry Center (RRC).

On July 11, 2017, a Petition for Summons was filed alleging the offender was discharged from the RRC and failed to attend counseling. On October 10, 2017, an Amended Petition for Summons was filed alleging Mr. Nails tested positive for methamphetamine on two occasions, failed to follow the directions of the probation officer and failed to attend counseling.

On January 10, 2018, a Second Amended Petition for Summons was filed alleging Nails admitted using methamphetamine and failed to attend counseling.

On June 7, 2018, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted adding Charge Nine alleging Nails submitted urine samples which tested positive for methamphetamines on April 11, May 2, and June 1, 2018. Probation requested the Court take judicial notice of the violations and modify his conditions of supervision to include a special condition that Nails reside in the Residential Reentry Center for a period of up to four months. On June 11, 2018, the Court modified the terms of supervision accordingly.

NDC-SUPV-FORM 12C(1), 4/6/2015

**RE:**   Nails, Senon                                                                                                   2
         0971 4:11CR00327-001 CW

On July 13, 2018, a Petition for Summons was filed alleging Nails failed to report to the Residential Reentry Center. On July 20, 2018, Nails appeared before Magistrate Judge Ryu. The government argued for detention and probation recommended Nails go to a Residential Drug Program. Nails agreed to go to New Bridge in Berkeley.

On August 8, 2018, an Amended Petition for Summons was filed alleging Mr. Nails tested positive for amphetamine and methamphetamine and that he failed to report to probation as directed.

On August 14, 2018, supervision was revoked and Mr. Nails was sentenced to ten days custody and 18 months supervised release to follow. The Court also ordered that he reside in a residential drug treatment facility for six months and complete the subsequent outpatient program.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | February 10, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Maureen Bessette | Gil Eisenberg (Appointed) |

**Petitioning the Court for the issuance of a no bail warrant for Mr. Nails' arrest.**

I, Mark Unalp, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Mr. Nails violated the special condition that he reside at a residential drug treatment program for a period of six months as ordered on August 14, 2018. |
| | Mr. Nails reported to Center Point, Inc., in San Rafael on August 29, 2018. On September 17, 2018, he came to the probation office and reported that he had walked away from the program two days prior. |
| | Evidence to support this charge is contained in the chronological records for September 17, 2018. |

RE:  Nails, Senon                                                                                                          3
     0971 4:11CR00327-001 CW

| | |
|---|---|
| Two | There is probable cause to believe that Mr. Nails violated the special condition that he reside in the Residential Drug Treatment program for a period of six months as ordered on August 14, 2018. |

> On September 27, 2018, I texted Mr. Nails and directed him to return to the Center Point Residential Drug Treatment program the following day by 12:00 pm. He sent a text stating "Ok." He failed to report to Center Point as directed.
>
> Evidence to support this charge is contained in the chronological record for September 27, 2018.

| | |
|---|---|
| Three | There is probable cause to believe that Mr. Nails violated statutory condition that he shall not commit another federal, state, or local crime. |

> On September 29, 2018, Mr. Nails was arrested by Berkeley Police officers for the alleged violations of California Penal Code (PC) § 530.5(a) – Identity Theft, a wobbler; PC § 496 – Receiving Stolen Property, a wobbler; PC § 30305(a) – Prohibited Person Possessing Ammunition, a wobbler, California Health and Safety Code (HS) § 11378 –Possession of a Controlled Substance for Sale, a felony; and HS § 11379(a) - Possession of Methamphetamine for Sale, a felony.
>
> According to the Berkeley Police report, officers observed Mr. Nails and Cynthia Hayag standing by a vehicle. A record check determined the vehicle belonged to Mr. Nails and the registration had expired in 2017; however, the vehicle had a 2018 sticker on the license plate. An officer made contact with Mr. Nails and Ms. Hayag and observed a social security card with the name "Danelle Estacio Valenzuela." Based on this, officers conducted a search of the vehicle. Officers searched Mr. Nails and found an unspent 40 caliber bullet in his pocket. Officers searched Hayag and found approximately one ounce of suspected methamphetamine, a small pocket digital scale, and a glass methamphetamine pipe. On the front passenger seat was a green cooler. Officers located empty packaging material consistent with narcotic sales. Among the empty packaging material was a usable amount of suspected methamphetamine.
>
> A Sentry safe was on the passenger seat. Inside the safe were four gallon press lock bags. Each of the four gallon bags contained smaller, twisted and knotted cellophane bags. Each of those smaller bags contained suspected methamphetamine. The total approximate weight of suspected methamphetamine in the safe was 437.05 grams. Mr. Nails and Ms. Hayag were subsequently arrested.
>
> Evidence to support this charge can be found in Berkeley Police report #2018-00055071.

**RE:** Nails, Senon 4
0971 4:11CR00327-001 CW

Based on the foregoing, there is probable cause to believe that Senon Nails violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                             Reviewed by:

_____                    _____
Mark Unalp                                          Michael J. Primeau
U.S. Probation Officer                              Supervisory U.S. Probation Officer
Date Signed: October 1, 2018

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:

October 1, 2018                                     _____
_____                     Claudia Wilken
Date                                                Senior United States District Judge

**RE:**   Nails, Senon                                                                                                          5
0971  4:11CR00327-001 CW

## APPENDIX

Grade of Violations:  A

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 24 months<br>18 U.S.C. § 3583(e)(3) |
| **Supervised Release:** | 3 years minus any custody imposed<br>18 U.S.C. § 3583(h) | 3 years minus any custody imposed<br>USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not applicable | Not applicable |